In the Matter of the Claim of JACOB MOLNIA, Respondent, against B. D. KAPLAN & Co., INC., Appellant, and AETNA INSURANCE COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Argued June 8, 1944; decided July 19, 1944.

*Louis Jacobus* and *Charles Landesman* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Orrin G. Judd* of counsel), for State Industrial Board, respondent.

*Robert I. Lennox* for claimant-respondent.

Order affirmed, with costs; no opinion. (See 293 N. Y. 764.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.